SCAD-14-0001333

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

ANDRÉ S. WOOTEN,
Respondent.

---

ORIGINAL PROCEEDING
(ODC 11-025-8949, 11-065-8990, 12-041-9057)

ORDER OF REINSTATEMENT
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
Circuit Judge To'oto'o, in place of Pollack, J., recused,
and Circuit Judge Nakasone, in place of Wilson, J., recused)

Upon consideration of the July 7, 2016 affidavit submitted by Respondent André S. Wooten, the exhibits attached thereto, Respondent Wooten's supplemental July 12, 2016 submission to this court, the July 14, 2016 submission from the Office of Disciplinary Counsel, the July 20, 2016 order of this court, Respondent Wooten's July 21 and July 27, 2016 submissions, and the record, it appears Respondent Wooten has complied with the requirements of Rule 2.16 of the Rules of the Supreme Court of the State of Hawai'i (RSCH) and the requirements of the

December 11, 2015 order imposing upon him a six-month suspension from the practice of law.  Therefore,

IT IS HEREBY ORDERED that, pursuant to RSCH Rule 2.17(b), Respondent Wooten is reinstated to the practice of law in this jurisdiction, effective upon entry of this order. Respondent Wooten is admonished, however, that he must continue to cooperate in successfully implementing the recommended improvements to his practice set forth in the report by the Practicing Attorneys Liability Management Society in order to avoid possible additional discipline.

DATED: Honolulu, Hawaiʻi, August 5, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Faʻauuga Toʻotoʻo

/s/ Karen T. Nakasone